JULY 2, 1979

No. 78–155. PHILADELPHIA NEWSPAPERS, INC., ET AL. *v.* JEROME, JUDGE; SOCIETY OF PROFESSIONAL JOURNALISTS ET AL.

914

*v.* BROWN, JUDGE; MONTGOMERY PUBLISHING Co. *v.* BROWN, JUDGE; SOCIETY OF PROFESSIONAL JOURNALISTS ET AL. *v.* HONEYMAN, JUDGE; and MONTGOMERY PUBLISHING Co. *v.* HONEYMAN, JUDGE. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. Reported below: 478 Pa. 484, 387 A. 2d 425.